BENJAMIN F. BERGEN

*v.*

LEONIDAS C. EBEY.

CHANCERY—*reforming deed—fraud.* Where the terms of a deed are agreed on, and the parties go to a conveyancer and state such terms, to enable him to draft the deed, and the grantor, afterwards, without the knowledge of the grantee, gives other directions as to the terms to be inserted, which are followed, and the grantee accepts the deed, supposing it to be drawn as agreed on, a court of equity will reform the deed, the proceeding being a fraud upon the grantee.

APPEAL from the Circuit Court of Morgan county; the Hon. CYRUS EPLER, Judge, presiding.

Messrs. KETCHAM & TAYLOR, for the appellant.

Messrs. MORRISON, WHITLOCK & LIPPINCOTT, for the appellee.

Mr. JUSTICE DICKEY delivered the opinion of the Court:

This was a bill in chancery, brought by Ebey, to reform the terms of a deed, from Bergen to complainant, upon the ground that, after the terms of the deed had been agreed upon by the parties, and after they had gone to a conveyancer and given him directions as to its terms, in conformity to their agreement, Bergen went to the conveyancer, and, without the knowledge of Ebey, gave other directions as to the terms to be inserted in the deed, which the conveyancer followed, and that after the deed was so drawn and executed, Ebey accepted the same, supposing that it had been drawn according to the directions given in his presence, and without any knowledge or intimation to the contrary. The circuit court granted the relief sought. Bergen brings the case here by appeal, and insists that the proof is not sufficiently clear and satisfactory to authorize such a decree. We deem it unnecessary to review the proofs. They fully support the decree. The proceeding was practically a fraud upon Ebey.

*Decree affirmed.*